NOSSAMAN LLP
JOHN T. HANSEN (SBN 034639)
jhansen@nossaman.com
BRENDAN F. MACAULAY (SBN 162313)
bmacaulay@nossaman.com
50 California Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMMIE BALAURO ACOSTA,<br><br>　　　　Debtor. | Chapter 11<br><br>Case No: 09-32339 DM<br><br>**STATEMENT PURSUANT TO RULE 2016(B)** |

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the Debtor in this case.

2. The compensation paid or agreed to be paid by the Debtor, to the undersigned is:

   a) For legal services rendered or to be rendered in contemplation of and in connection with this case.................................................... $Allowed by Court

   b) Prior to the filing of this statement, Debtor has paid..........................$25,000

   c) The unpaid balance due and payable is...........................................$-0-

3. $1,039.00 of the filing fee in this case has been paid.

240493_1.DOC                                                                Case No. 09-32339 DM

STATEMENT PURSUANT TO RULE 2016(B)

Case: 09-32339    Doc# 16    Filed: 08/28/09    Entered: 08/28/09 16:48:21    Page 1 of 2

4. The Services rendered or to be rendered include the following:

- Analysis of the financial situation, and rendering advice and assistance to the Debtor in determining whether to file a petition under title 11 of the United States Code.
- Preparation and filing of schedules, statement of affairs and other documents required by the Court.
- Representation of the Debtor at the meeting of creditors, and
- Representation of the Debtor in all aspects of their chapter 11 reorganization case.

5. The $25,000 cash received (2b, above) was paid by members of the family of the Debtor. In addition, on August 27, 2009 Debtor entrusted with Nossaman LLP U.S. Savings Bonds having a fair value of $78,355.62. These bonds are property of the Debtor's estate and will be held in safe keeping by Nossaman for purposes of payment of fees and expenses upon approval of the Court.

6. The source of payments to be made by the Debtor to the undersigned for the unpaid balance remaining, if any, will be from sale of property.

7. The undersigned has received no transfer, assignment or pledge of property from Debtor, except as disclosed above.

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows: No Exceptions.

Dated: August 28, 2009

NOSSAMAN LLP

BY: *[signature]*
JOHN T. HANSEN
Attorneys for Debtor