1 NOSSAMAN LLP
  JOHN T. HANSEN (SBN 034639)
2 jhansen@nossaman.com
  BRENDAN F. MACAULAY (SBN 162313)
3 bmacaulay@nossaman.com
  50 California Street, 34th Floor
4 San Francisco, California 94111
  Telephone: (415) 398-3600
5 Facsimile: (415) 398-2438

6 Attorneys for Debtors

7

8

9

10                  UNITED STATES BANKRUPTCY COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12 In Re: DEMMIE BALAURO ACOSTA,[1]        )    Chapter 11
                                          )
13          Debtors.                       )    Case No: 09-32339 DM
                                          )
14                                         )    R.S. No SPS -79
                                          )
15                                         )    Consolidated for Administration Only
                                          )
16                                         )    Date: September 22, 2009
                                          )    Time: 1:30 p.m.
17                                         )    Courtroom 22, 19th Floor
                                          )    235 Pine Street
18                                         )    San Francisco, California
                                          )
19                                         )    DEBTOR'S OPPOSITION TO MOTION FOR
                                          )            RELIEF FROM STAY
20                                         )
                                          )
21 _____)

22

23 _____

24

25 [1]      The Debtors in these cases are Demmie Balauro Acosta and Beriong Investments, LLC.
   The address for Debtors is 171 Kenwood Avenue, San Francisco, California 94127.

26

27

28

241072_1.DOC                    1                    Case No. 09-32339 DM

# I.    FACTS

The debtor and debtor in possession, Demmie Acosta "Mrs. Acosta") owns 15 parcels of real property in the San Francisco Bay Area, not including 1303 Kiely Blvd, Santa Clara, the property that is the subject of this motion ("Subject Property").  Of those properties 13 are held in her own name and two are held by a limited liability company of which she is the sole member.  The moving party, BAR-K, Inc., as servicing agent for R.E. Loans, LLC, ("BAR-K") holds deeds of trust on eight of the properties, and prior to the commencement of this case held a seventh deed of trust on the Subject Property.  The deeds of trust secure a single loan, which the moving papers assert has a current balance of $3,102,610, including late charges, default interest and advances.

BAR-K's loan is secured by a first priority deed of trust on 2640 Leavenworth Street, San Francisco, which in 2008 had an appraised value of $4,500,000.[1]  BAR-K has second priority deeds of trust on the remaining seven properties.  The first loans on those properties in the aggregate have balances of approximately $2,600,000, and had aggregate appraised values in 2008 of $9,785,000.  Thus BAR-K's $3,100,000 loan is secured by property having an appraised value in excess of $14,000,000, less $2,600,000 in senior liens; or a net equity of approximately $11,775,000.  Even a ten percent reduction from the 2008 appraised values would leave BAR-K with an "equity cushion" of $10,000,000 securing its $3,000,000 loan.  It seems apparent, given those facts, that this case provides a basis for reorganizing and either paying off or substantially reducing the debt owed to BAR-K.[2]

_____

[1] Mrs. Acosta concedes that there most likely has been some general decline in real estate values since the 2008 appraisals.  An internet search for data on real property values indicates that the decline in *home values* in Santa Clara County since 2008 is in a range of between 12.4% and 18%.  (See Group Exhibit 1, attached. No data was found for multiple dwellings.)  At a rough average of 15%, the 2009 value of the Subject Property would be approximately $484,500, leaving an equity cushion for BAR-K of over $200,000.

[2] Two other large secured creditors of Mrs. Acosta have similar "blanket" deeds of trust securing single loans, and they are similarly well secured.  The plan of reorganization will also provide for appropriate treatment of those claims.

241072_1.DOC                              1                        Case No. 09-32339 DM

Case: 09-32339   Doc# 45   Filed: 09/21/09   Entered: 09/21/09 11:16:28   Page 2 of 13

Notwithstanding its well secured position, BAR-K elected to foreclose on one of the properties securing its loan, namely the Subject Property: 1303 Keily Blvd, Santa Clara. The trustee's sale under its deed of trust was concluded on August 12, two days prior to the commencement of this case on August, and the trustee's deed was recorded six days later on August 18. The moving papers do not inform the court as to the result of the bidding at the trustee's sale, other than to state that BAR-K "underbid at the foreclosure sale" (Declaration of Kelly Ng ("Ng Dec."), ¶ 14, p. 4). BAR-K requests relief from the stay to take possession and collect the rents of the Subject Property.

## II.    ARGUMENT

Mrs. Acosta concedes that prevailing case law favors BAR-K's motion with respect to its right to take possession of the real property and collect the rents. *In re Bebensee-Wong,* 248 B.R. 820 (9th Cir BAP 2000). However, Mrs. Acosta does not agree that the stay should be lifted for all purposes, at least until she has had an opportunity to investigate the conduct of the trustee's sale and determine whether it was conducted in good faith.

In its motion BAR-K states that the subject property was appraised for $570,000 in 2008 and that the lien senior to BAR-K's lien was in the amount of $258,547 (Ng Dec., ¶¶ 17 and 20, p.5). Even assuming some decline in value since 2008, it is unlikely there was no equity in the property above the first lien securing BAR-K's second priority lien.[3] However, because BAR-K's lien secured a debt of some $3 million, there would most likely have been no independent bidding at the sale, as BAR-K could outbid any other bidder up to and even in excess the full value of the property. The question the is whether BAR-K bid in a manner to credit the debtor, and ultimately the bankruptcy estate with the value of the equity in the Subject Property in

─────────────────

[3] BAR-K states the property was in disrepair; however, it does not indicate whether that is a change of condition since the 2008 appraisal.

DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM STAY

1  excess of the first priority lien.  Or did it bid one dollar and obtain a windfall for itself at the

2  expense of the debtor and her estate?

3      If, indeed, BAR-K bid only one dollar, or some similar amount, it could replicate that

4  process on all the remaining properties on which it has a second priority lien and wipe out

5  millions of dollars of equity value, without reducing its debt in a significant manner.  That

6  clearly would be inequitable and would not be allowed by this court.  However, there is no

7  reason not to impose a rule of equity starting with the Subject Property in order to protect the

8  interests of the estate and its creditors.

9      This court has ample discretionary authority to fashion appropriate relief from the stay.

10  As the Bankruptcy Appellate Panel said in *In re Delaney-Morin*, 304 B.R. 365, 369 (9th Cir.

11  BAP 2003), "Thus, section 362 gives the bankruptcy court wide latitude in crafting relief from

12  the automatic stay."  Accord: *In re Avila*, 311 B.R. 81, 84 (Bkrtcy. N.D. Cal. 2004).  As Judge

13  Morgan said in *In re Avila*, supra:

14          "Exercising discretion in determining cause for stay relief requires

15          the balancing of hardships and consideration of the totality of

16          circumstances. *****  Where a creditor is adequately protected by a

17          large equity cushion, the debtor would suffer a substantial loss in

18          the event of foreclosure, and no economic harm to the creditor

19          would result, relief from the stay should not automatically follow a

           default in payment."

20      This case fits the circumstances described in the above quotation.  BAR-K is adequately

21  protected in the aggregate by an equity cushion in the properties securing its loan by at least

22  three times the amount of its current loan balance.  It should not be permitted to foreclose *in*

23  *seriatim* on the properties where it holds second priority liens without at minimum giving full

24  credit for the equity it acquires in each such property.

25

26  241072_1.DOC                    3                    Case No. 09-32339

27  ───────────────────────────────────────────────────────────

   DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM STAY

28

Mrs. Acosta requests that the stay be continued in effect and that the matter be set for a final hearing in order to provide time for Mrs. Acosta to investigate whether BAR-K conducted a valid, good faith trustee's sale.[4]

In addition, Mrs. Acosta has not had an opportunity to determine whether the charges included in BAR-K's claim, such as monthly late fees and default interest, are permitted under the loan documents. Mrs. Acosta reserves the right at an appropriate time to object to BAR-K's claim.

## III. CONCLUSION

For the reason stated above, Mrs. Acosta requests that the court deny the motion and set this motion for a final hearing without 30 days.

Dated: September 21, 2009                NOSSAMAN LLP


By: _____
                John T. Hansen
        Attorneys for Demmie B. Acosta, Debtor in
                        Possession

---

[4] The court may take notice of the fact that this complex case is only slightly more than 30 days old, that the debtor initially filed the petition without counsel, and that the court approved the employment of counsel just two weeks ago.

241072_1.DOC                          4                    Case No. 09-32339

DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM STAY

**Zillow.com**



Your Edge in Real Estate

| | US | California | **Santa Clara** | ZIP Code | Views: 29,131 |
|---|---|---|---|---|---|

**Santa Clara**

$532,600
-12.4% Y-o-Y
Calculated 09/09/2009*

| | Region | M-o-M | Q-o-Q | Y-o-Y | Jul 2009 |
|---|---|---|---|---|---|
| ☑ | Santa Clara | 0.1% | — | -12.4% | $532,600 |

*Includes data and transactions through 07/31/2009

EXHIBIT 1

Case: 09-32339   Doc# 45   Filed: 09/21/09   Entered: 09/21/09 11:16:28   Page 6 of 13



NEWS

- California
  - Southern CA
  - Bay Area
  - CA Foreclosures
  - $Million Home Sales
- Denver
- Las Vegas
- Miami
- Phoenix
- Portland
- Seattle

CHARTS

Monthly Charts:

- CA City Chart
- Capital Region Chart
- Central Valley/Coast Chart
- LA Times Chart
- OC Register Chart
- Sacramento Bee Chart
- SD Union Tribune Chart
- SD Union Trib $/SqFt Chart
- SF Chronicle Chart

Quarterly Charts:

- Atlanta
- Chicago
- Denver
- Honolulu
- Jacksonville
- Las Vegas
- Miami/Palm Bch
- Nashville
- New York City
- Phoenix
- Portland
- Seattle
- Washington D.C.

Annual Charts:

- CA 2008 City Chart
- LA Times 2008 Chart
- OC Register 2008 Chart
- Sac Bee 2008 Chart
- SD Tribune 2008 Chart
- SF Chronicle 2008 Chart

WEB SITE EXTRAS
ARCHIVED ARTICLES

---

**Phoenix July 2009 Home Sales (August 29, 2009)**

## Bay Area home sales hit 4-year high; median price up again

### August 21, 2009

La Jolla, CA.----Bay Area home sales rose last month to the highest level for a July in four years as deals above $500,000 continued to accelerate. The median sale price climbed above the prior month for the fourth consecutive month, lifted by the combination of more high-end transactions and fewer sales of lower-cost, lender-owned foreclosures, a real estate information service reported.

The median price paid for a home in the nine-county region rose to $395,000, up 12.2 percent from $352,000 in June, but down 16.0 percent from $470,000 in July 2008, according to MDA DataQuick of San Diego.

Although last month's median was 36.2 percent higher than the current cycle's low of $290,000 in March this year, it was still 40.6 percent below the peak $665,000 median reached in June and July of 2007.

The median's $43,000 gain between June and July was mainly the result of a shift toward a greater portion of sales occurring in higher-priced neighborhoods. The trend has been fueled this summer by several factors, including: More distress in high-end areas, leading to more motivated sellers; more buyers sensing a bottom could be near; and increased availability of larger home loans, which had become more expensive and far more difficult to obtain after the credit crunch hit two years ago.

Loans above $417,000 accounted for 30 percent of Bay Area home sales last month – the highest since they represented 31.9 percent of sales in August 2008. Before the August 2007 credit crunch, such "jumbo" loans over $417,000 represented more than 60 percent of sales.

In another sign of a gradual comeback in home financing, the percentage of Bay Area homes purchased last month with an adjustable-rate mortgage rose to 6.6 percent – up from a record low of 3.0 percent in January 2009. The median sale price for homes purchased with those adjustable-rate loans last month was $766,500, while the median loan amount was $523,500. Adjustable-rate mortgages averaged about 61 percent of all Bay Area purchase loans this decade up until the credit crunch, after which they began to dry up quickly.

Sales of $500,000-plus existing single-family detached houses rose to 35.6 percent of all house resales last month, up from 34.1 percent in June and up from a low this year of 22.7 percent in January. Last month's $500,000-plus sales were the highest since they were 38 percent of sales last September.

As high-end sales have taken off in recent months, sales of foreclosures in less-expensive inland areas have tapered off. Last month 34.2 percent of the Bay Area homes that resold were foreclosure resales – homes resold in July that had been foreclosed on in the prior 12 months. Last month's foreclosure resale level was the lowest since it was 33.3 percent in July 2008. Foreclosure resales peaked at 52 percent of all Bay Area resales in February this year.

The drying up of the lower-cost foreclosures helps explain why July sales of sub-$300,000 existing single-family houses dropped to 37.8 percent of house resales. That was down from a high this year of 48.9 percent of resales in March.

"In the San Francisco Bay Area and across California we continue to see the market moving gradually back toward a more normal balance of sales across all price ranges. The high end of the market finally has a pulse and that has led to a swift rise in the median sale price. It's the opposite of what we saw two years ago, when the credit crunch slammed the brakes on jumbo lending and sales of more expensive homes screeched to a halt. That triggered a near free-fall in the median sale price," said John Walsh, MDA DataQuick president.

"Evidence is mounting that in some areas we've approached at least a soft bottom for home prices," he said. "But we continue to view that possibility with an abundance of caution, given all of the uncertainty over future foreclosure inventories and ongoing job cuts. The market remains vulnerable."

A total of 8,771 new and resale houses and condos sold in the nine-county Bay Area last month. That was up 1.5 percent from 8,664 in June and up 15.6 percent from 7,586 in July 2008.

Although last month's sales were the highest for the month of July in four years, and the highest for any month since August 2006, they were still 7.8 percent lower than the average of 9,512 homes sold during the month of July going back to 1988, when DataQuick's statistics begin. July sales have varied between a low of 6,666 sales in 1995 and a peak of 14,258 in 2004.

San Diego-based MDA DataQuick is a division of MDA Lending Solutions, a subsidiary of Vancouver-based MacDonald Dettwiler and Associates. MDA DataQuick monitors real estate activity nationwide and provides information to consumers, educational institutions, public agencies, lending institutions, title companies and industry analysts. Because of late data availability, sales counts were estimated in Alameda and San Mateo counties.

The typical monthly mortgage payment that Bay Area buyers committed themselves to paying was $1,739 last month, up from $1,585 the previous month, and down from $2,359 a year ago. Adjusted for inflation, current payments are 33.7 percent below typical payments in the spring of 1989, the peak of the prior real estate cycle. They are 51.0 percent below the current cycle's peak in July 2007.

Indicators of market distress continue to move in different directions. Foreclosure activity is off its recent peak but remains high by historical standards, while financing with adjustable-rate mortgages is edging higher but remains low, as does financing with multiple mortgages. Down payment sizes are stable and non-owner occupied buying activity is above-average in some markets, MDA DataQuick reported.

Recent Releases

**California August Home Sales**
September 17, 2009

**Bay Area August home sales and median price fall**
September 17, 2009

**Southland home sales fall; median price edges up again**
September 15, 2009

**Miami July 2009 Home Sale Report**
September 4, 2009

**Portland July 2009 Home Sales Report**
August 31, 2009

**Seattle posts first annual sales gain in 3 yrs; median sale price falls**
August 29, 2009

**Phoenix Region July Home Sales**
August 29, 2009

**Las Vegas July 2009 Home Sales Report**
August 25, 2009

**California July Home Sales**
August 21, 2009

**Bay Area home sales hit 4-year high; median price up again**
August 21, 2009

**Southland home sales rise again as higher-cost areas awaken**
August 18, 2009

**Miami June 2009 Home Sale Report**
August 6, 2009

**Denver June 2009 Home Sale Report**
August 3, 2009

**Portland June 2009 Home Sales Report**
August 3, 2009

**Seattle June 2009 Home Sales Report**
July 29, 2009

**Phoenix June 2009 Home Sales Report**
July 29, 2009

**Las Vegas June 2009 Home Sales Report**
July 24, 2009

**California Second Quarter Mortgage Defaults Edge Down**
July 22, 2009

**California June Home Sales**
July 16, 2009

**Bay Area home sales and median price rise**
July 16, 2009

**Southland home sales highest since late '06; median price up again**
July 15, 2009

**Portland May 2009 Home Sales Report**
July 1, 2009

| All homes | Sales Volume | | | Median Price | | |
|---|---|---|---|---|---|---|
| | Jul-08 | Jul-09 | %Chng | Jul-08 | Jul-09 | %Chng |

Case: 09-32339   Doc#:45   Filed: 09/21/09   Entered: 09/21/09 11:16:28   Page 7 of 13

| | | | | | | |
|---|---|---|---|---|---|---|
| Alameda | 1,428 | 1,780 | 24.6% | $440,000 | $340,000 | -22.7% |
| Contra Costa | 1,730 | 1,888 | 9.1% | $350,000 | $261,000 | -25.4% |
| Marin | 277 | 265 | -4.3% | $770,000 | $650,000 | -15.6% |
| Napa | 125 | 134 | 7.2% | $440,000 | $342,500 | -22.2% |
| Santa Clara | 1,660 | 2,199 | 32.5% | $585,500 | $490,000 | -16.3% |
| San Francisco | 609 | 543 | -10.8% | $749,000 | $642,426 | -14.2% |
| San Mateo | 648 | 692 | 6.8% | $670,000 | $574,750 | -14.2% |
| Solano | 592 | 715 | 20.8% | $275,000 | $200,000 | -27.3% |
| Sonoma | 517 | 555 | 7.4% | $362,500 | $328,000 | -9.5% |
| Bay Area | 7,586 | 8,771 | 15.6% | $470,000 | $395,000 | -16.0% |

Source: MDA DataQuick Information Systems, www.DQNews.com

Media calls: Andrew LePage (916) 456-7157 or John Karevoll (909) 867-9534

Copyright 2009 DataQuick Information Systems. All rights reserved.

**Seattle May 2009 Home Sales Report**
June 30, 2009

**Las Vegas May 2009 Home Sales Report**
June 26, 2009

**California May Home Sales**
June 19, 2009

**Uptick in Bay Area home sales and median price**
June 18, 2009

**Southland median sale price inches up for first time since '07**
June 17, 2009

**California April Statewide Home Sales/Median Prices**
May 22, 2009

**Bay Area home sales rise again; median price up slightly over March**
May 21, 2009

**Southland home sales hot inland, cool on coast; median price dips**
May 19, 2009

**Phoenix March 2009 Home Sale Report**
April 30, 2009

**Las Vegas March 2009 Home Sale Report**
April 29, 2009

**Golden State Mortgage Defaults Jump to Record High**
April 22, 2009

**California March Statewide Home Sales/Median Prices**
April 16, 2009

**Bay Area home sales continue climb, median still below $300K**
April 16, 2009

**Southland home sales up; median levels off**
April 15, 2009

**Denver February 2009 Home Sale Report**
April 7, 2009

**Portland February 2009 Home Sale Report**
April 7, 2009

**Las Vegas February 2009 Home Sale Report**
April 7, 2009

**Phoenix February 2009 Home Sale Report**
April 7, 2009

**Seattle February 2009 Home Sale Report**
April 7, 2009

**California February Statewide Home Sales/Median Prices**
March 19, 2009

**Bay Area home sales climb above last year as median falls below $300K**
March 19, 2009

**Southland home sales outpace last year again; median price steady**
March 17, 2009

**California January 2009 Home Sale Report**
February 19, 2009

**Bay Area home sales top last year again; median drops to $300K**
February 19, 2009



Call 1.800.CALL.ZIP
Buyers
Sellers
Find a REALTOR®

☒ ZipRealty

September 12, 2009

# Santa Clara County, CA – Housing Market Update for August 2009

**Year to Year Comparison**

| Month | Aug-2008 | Aug-2009 | % Change |
|---|---|---|---|
| % Sold Price to Asking Price | 98% | 98% | 1% |
| Sold Homes | 1,187 | 1,309 | 10% |
| Listing Price Per Home | $ 767,135 | $ 627,747 | -18% |
| Sold Price Per Home | $ 749,208 | $ 617,151 | -18% |
| Sold Price Per Sq Ft | $ 443 | $ 373 | -16% |
| MLS Days On Market Per Home | 52 | 55 | 6% |

**Month to Month Comparison**

| Month | Jul-2009 | Aug-2009 | % Change |
|---|---|---|---|
| % Sold Price to Asking Price | 97% | 98% | 1% |
| Sold Homes | 1,655 | 1,309 | -21% |
| Listing Price Per Home | $ 645,924 | $ 627,747 | -3% |
| Sold Price Per Home | $ 628,226 | $ 617,151 | -2% |
| Sold Price Per Sq Ft | $ 369 | $ 373 | 1% |
| MLS Days On Market Per Home | 59 | 55 | -7% |

Talk with a local Silicon Valley & South Bay Real Estate Agent. Read detailed neighborhood profiles in San Francisco Bay Area, CA. Search for Silicon Valley & South Bay homes and condos for sale. *These numbers reflect single family (SFR) and condo homes only. All numbers are from the MLS and are deemed reliable but not guaranteed as of 9/8/09.*

ShareThis
Related articles by Zemanta
- SF Bay Area - Santa Clara County Housing Update for June 2009 (ziprealty.typepad.com)
- Santa Clara County - Housing Sales Summary for May 2009 (ziprealty.typepad.com)

Case: 09-32339   Doc# 45   Filed: 09/21/09   Entered: 09/21/09 11:16:28   Page 8 of 13

- Santa Clara County - Housing Market Update for April 2009 (ziprealty.typepad.com)

**5 more fresh articles...**

REBLOG

Posted at 10:00 AM in San Francisco Bay Area Real Estate, San Francisco South Bay Area Real Estate | Permalink

**Comments**

Sign in with    TypePad    Facebook    Twitter and more...

POWERED BY TypePad

**PROOF OF SERVICE**

The undersigned declares:

I am employed in the County of San Francisco San Francisco, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 50 California Street, 34th Floor, San Francisco, California 94111.

On September 21, 2009, I served the foregoing:

**DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM STAY**

on parties to the within action as listed below and on the attached service list:

☒ (By Facsimile) I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), to the number(s) listed on the attached sheet. Said transmission was reported complete and without error. A transmission report was properly issued by the transmitting facsimile machine, which report states the time and date of sending and the telephone number of the sending facsimile machine. A copy of that transmission report is attached hereto.

Spencer P. Scheer, Esq.
Joshua L. Scheer, Esq.
Reilly D. Wilkinson, Esq.
Jonathan Seigel, Esq.
Thomas D. Hicks, Esq.
SCHEER LAW GROUP, LLP
155 Redwood Drive, Suite 100
San Rafael, CA 94903
Facsimile: 416-491-8910
**Attorneys for Secured Creditor**
**BAR-K, INC.**

☒ (By U.S. Mail) On the same date, at my said place of business, an original enclosed in a sealed envelope, addressed as shown on the attached service list was placed for collection and mailing following the usual business practice of my said employer. I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at San Francisco, California.

Executed on September 21, 2009.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Sally Gifford

240604_1.DOC                                    Case No. 09-32339 DM

Case: 09-32339   Doc# 45   Filed: 09/21/09   Entered: 09/21/09 11:16:28   Page 11 of 13

# SERVICE LIST

| | |
|---|---|
| Donna S. Tamanaha, Assistant U.S. Trustee<br>United States Trustee's Office<br>235 Pine St # 7<br>San Francisco, CA 94104-3484 | Mark J. Romeo, Esq.<br>Law Offices of Mark J. Romeo<br>235 Montgomery Street, Suite 410<br>San Francisco, CA 94104<br>**Attorneys for Claimant**<br>**TRUST DEED INVESTMENTS, INC.** |
| Spencer P. Scheer, Esq.<br>Joshua L. Scheer, Esq.<br>Reilly D. Wilkinson, Esq.<br>Jonathan Seigel, Esq.<br>Thomas D. Hicks, Esq.<br>SCHEER LAW GROUP, LLP<br>155 Redwood Drive, Suite 100<br>San Rafael, CA 94903<br>Facsimile: 416-491-8910<br>**Attorneys for Secured Creditor**<br>**BAR-K, INC.** | Michael J. McQuaid, Esq.<br>Carr, McClellan, Ingersoll, Thompson & Horn<br>Professional Law Corporation<br>216 Park Road<br>Burlingame, CA 94010-4206<br>**Attorneys for Creditors**<br>**Allan and Beverly Sebanc, Trustees of the Sebanc Family Trust** |
| Jane K. Springwater, Esq.<br>FRIEDMAN DUMAS & SPRINGWATER LLP<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105<br>**Attorneys for Creditor**<br>**Pacific National Bank** | Demmie B. Acosta - **Debtor**<br>raelynnacosta@hotmail.com |

240604_1.DOC                                    1                     Case No. 09-32339

PROOF OF SERVICE

```
        ****************************
        ***   ERROR TX REPORT   ***
        ****************************


   TX FUNCTION WAS NOT COMPLETED

   TX/RX NO                0445
   DESTINATION TEL #       572*4918910
   DESTINATION ID
   ST. TIME                09/21 10:53
   TIME USE                00'28
   PAGES SENT              0
   RESULT                  NG
```

# N NOSSAMAN LLP | Facsimile

Attorneys at Law
50 California Street
34th Floor
San Francisco, CA 94111
T 415.398.3600 | F 415.398.2438
nossaman.com

| Date: | 9/21/09 | Time: | 10:48 am | Pages: 11 [Including cover page] |
|-------|---------|-------|----------|---------------------------------|

| To: | Spencer P. Scheer | | |
|-----|-------------------|--|--|
| Company: | Scheer Law Group, LLP | | |
| Fax: | (415) 491-8910 | Phone: | (415) 491-8900 |

| From: | John T. Hansen | Phone: | 415.398.3600 |
|-------|----------------|--------|--------------|
| eMail: | jhansen@nossaman.com | | |

Client#:   400398
Matter#:   0001

Message:

Original Will Be Sent Via US Mail