NOSSAMAN LLP
JOHN T. HANSEN (SBN 034639)
jhansen@nossaman.com
BRENDAN F. MACAULAY (SBN 162313)
bmacaulay@nossaman.com
50 California Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: DEMMIE BALAURO ACOSTA,[1] | Chapter 11 |
|---|---|
| Debtors. | Case No: 09-32339 DM |
| | Consolidated for Administration Only |
| | 20 LARGEST UNSECURED CREDITORS |

---

[1] The Debtors in these cases are Demmie Balauro Acosta and Beriong Investments, LLC. The address for Debtors is 171 Kenwood Avenue, San Francisco, California 94127.

241517_1.DOC  1  Case No. 09-32339 DM

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Demmie B. Acosta  ,
       Debtor

Case No.  09-32339 DM

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| See atached | See Attached (Telephone #s not available) | Security Deposits | No | See attached (Not Secured) |

Date:  September 28, 2009

X  *Demmie B. Acosta*
          Debtor

*[Declaration as in Form 2]*

## ATTACHMENT TO 20 LARGEST UNSECURED CREDITORS

| Name & Address | Nature of Claim | Amount |
|---|---|---|
| Adrianne Koteen<br>3576 17th Street<br>San Francisco, CA 94110 | Security Deposit | $4,387 |
| Rosemarie Fuentaes<br>3661A 18th Street<br>San Francisco, CA 94110 | Security Deposit | $3,591 |
| Knangmy Phonseya<br>1570 Howard Street<br>San Francisco, CA 94103<br>Telephone not available | Security Deposit | $3,422 |
| Michelle/Rice<br>3574 17th Street<br>San Francisco, CA 94110 | Security Deposit | $3,377 |
| Benny Martin<br>3663A 18th Street<br>San Francisco, CA 94110 | Security Deposit | $3,357 |
| Daria Orechwa<br>3659 18th Street<br>San Francisco, CA 94110 | Security Deposit | $3,120 |
| Catlin Conlin<br>39B Albion Street<br>San Francisco, CA 94103 | Security Deposit | $3,081 |
| Fabian Santos<br>3659A 18th Street<br>San Francisco, CA 941110 | Security Deposit | $3,033 |
| Federoff/Tumber<br>3578 17th Street<br>San Francisco, CA 94110 | Security Deposit | $2,951 |

241120_1.DOC

## ATTACHMENT TO 20 LARGEST UNSECURED CREDITORS (cont'd)

| Name & Address | Nature of Claim | Amount |
|---|---|---|
| Augusto Carlos<br>41B Albion Street<br>San Francisco, CA 94103 | Security Deposit | $2,751 |
| Javier Garcia<br>3369 26th Street<br>San Francisco, CA 94110 | Security Deposit | $2,604 |
| Gloria Lona<br>39 Albion Street<br>San Francisco, CA 94103 | Security Deposit | $2,491 |
| Matt Smialek<br>1572 Howard Street<br>San Francisco, CA 94103 | Security Deposit | $2,445 |
| Gloria & Ramon Simb<br>770B Natoma Street<br>San Francisco, CA 94103 | Security Deposit | $2,397 |
| Nicolas Villareal<br>772A Natoma Street<br>San Francisco, CA 94103 | Security Deposit | $2,350 |
| Raquel Feliciano<br>772C Natoma Street<br>San Francisco, CA 94103 | Security Deposit | $1,843 |
| Julian Tzui<br>770A Natoma Street<br>San Francisco, CA 94103 | Security Deposit | $1,716 |
| David Brenkus<br>53 Walter Street<br>San Francisco, CA 94114 | Security Deposit | $1,181 |
| Benjamin Andrade<br>534 Shotwell Street, #4<br>San Francisco, CA 94110 | Security Deposit | $1,155 |
| Zoraida Leandro<br>41 Albion Street<br>San Francisco, CA 94103 | Security Deposit | $1,131 |

241120_1.DOC

## DECLARATION UNDER PENALTY OF PERJURY

I am the debtor in this case, declare under penalty of perjury that I have read the foregoing list of 20 largest unsecured creditors and that it is true and correct to the best of my information and belief.

Date: 10/5/09

Signature X *Demmie B. Acosta*

Demmie B. Acosta

241335_1.DOC